DECEMBER 5, 1843, AND JANUARY 16, 1844.

DECEMBER 5th, 1843.

*John Bogert* v. *Elizabeth Furman et al.* J. A. BAYARD, for the petitioner McCalla; A. TABER, for the other parties. Decree declaring the rights of the several parties in the fund in court; and the balance of the fund remaining after deducting the costs, directed to be distributed.

*The Farmers Loan and Trust Company* v. *Simeon B. Jewett and wife.* (4 suits.) H. FESSENDEN, for complainants; J. RHOADES, for defendants. Application to retax costs in the Court of Errors, allowed so far as to direct a deduction in one cause of $4.86, and in each of the others of $1,50 for the counsel fees and affidavits; and refused as to each of the other items and charges; without costs to either party upon this motion.

*In the matter of Justin Loomis, a lunatic.* J. G. HOYT, for committee. Order authorizing sale of the real estate of lunatic for the payment of his debts, and for his maintenance.

*Samuel Billington* v. *Isaac I. Forbes et al.* R. W. PECKHAM, for complainant; J. RUGER, for defendant. Order of the vice chancellor modified and affirmed, with costs.

*Isaac T. Smith* v. *Jesse Rhodes.* P. BURROWES, for appellant; G. BOWMAN, for respondent. Orders appealed from affirmed with costs.